AOS

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | | |
|---|---|---|
| INTERNATIONAL MARKETS LIVE, INC., A CORPORATION DBA IMARKETSLIVE AND IM ACADEMY | **Plaintiff** | CASE NO: 2:21-CV-01185-RFB-BN |
| vs | | HEARING DATE/TIME: |
| **FIDEL CHARLES AN INDIVIDUAL** | **Defendant** | DEPT NO: |

## AFFIDAVIT OF SERVICE

   OUT OF TOWN being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 24th day of June, 2021 and served the same on the 22nd day of July, 2021, at 17:07 by:

serving the servee FIDEL CHARLES personally delivering and leaving a copy with JOHN DOE, CO-OCCUPANT Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address) 1625 ST. JOHNS PLACE, NEW YORK NY 11233

CONFIRMED TO BE CO OCCUPANT. AFRICAN AMERICAN MALE, 5'6, 170 LBS, 5'6, 25 Y/O.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __22__ day of __Jul__, __2021__.



OUT OF TOWN

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP170689 IML - FIDEL

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box