P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: george@sterlingkerrlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a corporation dba iMARKETSLIVE and IM ACADEMY;<br><br>Plaintiffs,<br><br>v.<br><br><br>FIDEL CHARLES an individual;<br><br>Defendants. | Case No: 2:21-cv-01185<br><br>**MOTION FOR ENTRY OF CLERKS DEFAULT** |

Plaintiffs, INTERNATIONAL MARKETS LIVE, INC., a corporation dba iMARKETSLIVE and IM ACADEMY (hereinafter "Plaintiffs"), by and through their counsel, the Law Offices of P. Sterling Kerr, hereby move this Court for entry of the default of Defendant FIDEL CHARLES in this case.

It appearing from the files and records in the above-entitled action that Defendant, FIDEL CHARLES being duly served on the 22nd day of July 2021, with the Summons, and Complaint; that more than twenty-one (21) days, exclusive of the day of service, having expired since service upon Defendant; and that no answer or other appearance having been filed and no further time having been granted, the Default of Defendant for failing to answer or, move, or otherwise

plead within the time set forth in the summons is hereby entered. A copy of the proposed Default is attached hereto as Exhibit A.

Dated this _____ day of February 2022.

DEBRA K. KEMPI, CLERK

By: _____
Deputy Clerk

Date: _____

Respectfully submitted,

LAW OFFICES OF P. STERLING KERR

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
*Attorneys for Plaintiffs*